# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHELLEY REYNOLDS, | Civil No. C07-5014JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including May 2, 2007, to file Defendant's Answer.

DATED this 10th day of April, 2007.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 1      ORDER - [C07-5014JKA]

1  Presented by:

2

3  s/ Thomas M. Elsberry
   Thomas M. Elsberry   WSB # 26456
4  Special Assistant U.S. Attorney
   Attorney for Defendant
5  701 Fifth Ave, Ste 2900, M/S 901
   Phone: 206-615-2112
6  Fax:    206-615-2531
7  thomas.elsberry@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2        ORDER - [C07-5014JKA]