UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHELLEY REYNOLDS, | Civil No.  3:07-cv-5014-JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

  Based upon the Stipulation between the parties it is hereby ORDERED that the

Defendant shall have an extension to and including July 27, 2007, to file Defendant's answering

brief.  It is further ORDERED that Plaintiff shall have to and including August 10, 2007, to file

Plaintiff's Reply Brief.

  DATED this 28th day of June, 2007.


       */s/ J. Kelley Arnold*
       UNITED STATES MAGISTRATE JUDGE

Page 1   ORDER - [3:07-cv-5014-JKA]

1  Presented by:

2

3  s/ Thomas M. Elsberry
   Thomas M. Elsberry   WSB # 26456
4  Special Assistant U.S. Attorney
   Attorney for Defendant
5  701 Fifth Ave, Ste 2900, M/S 901
6  Phone:  206-615-2112
   Fax:      206-615-2531
7  thomas.elsberry@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2           ORDER - [3:07-cv-5014-JKA]