UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHELLEY REYNOLDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-5014JKA<br><br><br>ORDER FOR EXTENSION OF TIME |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including August 10, 2007, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including August 24, 2007, to file Plaintiff's Reply Brief.

DATED this 30th day of July, 2007.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 1          ORDER - [3:07-cv-5014-JKA]

Presented by:

s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov