# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHELLEY L. REYNOLDS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5014JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court REMANDS the matter to the administration <u>with the direction that the Commissioner assign a new ALJ</u>. ON remand the new ALJ shall review the record as described above.


  September 19, 2007                     BRUCE RIFKIN
Date                                      Clerk


                                         *s/Caroline M. Gonzalez*
                                         Deputy Clerk