IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHELLEY L. REYNOLDS,              )          Civil No. C07-5014-JKA
                                 )
             Plaintiff,          )
                                 )
        v.                       )          ORDER FOR
                                 )          ATTORNEY FEES
MICHAEL J. ASTRUE,               )
Commissioner of Social Security  )
                                 )
             Defendant           )
_____)_____

Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of $4,917.51, expenses in the amount of $49.57, for a total of $4,967.08, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $394.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920.  The check(s) shall be mailed to Plaintiff's attorney's office:  Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.  Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED this 17th day of December, 2007.


*/s/ J. Kelley Arnold*_____
UNITED STATES DISTRICT JUDGE

ORDER  [3:07-CV-5014-JKA] -1

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

ORDER  [3:07-CV-5014-JKA] -2